UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>            Plaintiff,<br><br>      v.<br><br>RONALD CUPP, et al.,<br><br>            Defendants. | Case No.   14-cv-01597-JD<br><br>**ORDER REMANDING CASE** |

This case was removed improvidently and without jurisdiction. Defendant Cupp purported to remove the case on federal question grounds. But the complaint is a state unlawful detainer/eviction complaint without any federal question or claim. *See* Dkt. No. 1. In addition, the case was filed as a limited jurisdiction matter not exceeding $10,000 in controversy. *See id*. Therefore the case is remanded to the Superior Court for the City and County of San Francisco and the case management conference set for July 30, 2014 is vacated.

**IT IS SO ORDERED.**

Dated: July 29, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CUPP, et al.,<br><br>Defendants. | Case No.  14-cv-01597-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monica  Cupp
4640 Arlington Avenue
Santa Rosa, CA 65407

Ronald  Cupp
4640 Arlington Avenue
Santa Rosa, CA 95407

Dated: 7/29/2014

Richard W. Wieking
Clerk, United States District Court

By:_ *Lisa R. Clark* __
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2