IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP and ELIAS STAVRINIDES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KATIE STRALEY, COUNTY OF SONOMA,<br>DOES 1-20,<br><br>　　　　Defendants.<br>_____/ | No. C15-01565 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

　　Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge James Donato to determine whether it is related to *Federal National Mortgage Association v. Cupp*, Case No. 14-1597 JD. The hearing set for June 26, 2015 at 9:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

　　**IT IS SO ORDERED.**

Dated:   June 8, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE